# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JONATHAN ROBERT TAYLOR,** *BOP Reg. # 14519-003*,   Movant, | )<br>)<br>) |
| v. | )  **CIVIL ACTION NO. 1:19-00375-WS-N**<br>)<br>) **CRIMINAL ACTION NO. 1:14-00303-WS-N** |
| **UNITED STATES OF AMERICA,**   Respondent. | )<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 93) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated November 2, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Jonathan Robert Taylor's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 dated July 11, 2019 (Doc. 89) be **DISMISSED with prejudice** because one of his claims is meritless, and his remaining claims are time-barred, and either procedurally defaulted or barred from consideration on collateral review. The Court also finds that Taylor is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the7th day of December, 2021.

/s/WILLIAM H. STEELE
**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**